# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 7, 2018

### NO. 03-18-00256-CV

**Leonard Meredith and Angela Meredith,**
**Individually and as Next Friend of Courtney Meredith, a Minor, Appellants**

**v.**

**Mark Chezem, as Next Friend of Carli Chezem, a Minor, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on August 10, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that appellee take nothing on his claims. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.